THE STATE, EX REL. WOLFE, APPELLEE, *v.* DUROS DUDE RANCH, INC.; INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State, ex rel. Wolfe, v. Duros Dude Ranch, Inc.* (1991), 62 Ohio St.3d 91.]

(No. 90–930—Submitted June 26, 1991—Decided October 16, 1991.)

*Michael J. Muldoon,* for appellee.

*Lee I. Fisher,* Attorney General, and *Michael L. Squillace,* for appellant.

---

*Per Curiam.* On authority of *State, ex rel. Noll, v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.